S05A0392. COCHRAN v. THE STATE.
(609 SE2d 353)

FLETCHER, Chief Justice.

After this Court overturned Antonio B. Cochran's malice murder conviction,[1] the State elected to re-sentence Cochran to life in prison for the remaining felony murder conviction. On appeal, Cochran contends that the new sentence is void because the trial court failed to conduct a hearing before issuing the new sentence.

---

[1] *Cochran v. State*, 276 Ga. 283 (576 SE2d 867) (2003).

In *Williams v. State*, however, this Court held that "a sentence imposed by a trial court in a non-death penalty case is not rendered void by the court's failure to conduct a pre-sentence hearing under OCGA § 17-10-2."[2] Moreover, felony murder carries a mandatory life sentence, and as that was the only conviction at issue, the sentence imposed is required by law and Cochran suffered no harm by the failure to hold a pre-sentence hearing.

*Judgment affirmed. All the Justices concur.*

DECIDED FEBRUARY 21, 2005.

*Justin J. Wyatt*, for appellant.

*Patrick H. Head, District Attorney, Andrew J. Saliba, Amy H. McChesney, Assistant District Attorneys, Thurbert E. Baker, Attorney General, Robin J. Leigh, Assistant Attorney General*, for appellee.

---

[2] 271 Ga. 686, 691 (523 SE2d 857) (1999).